447

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District OF DELAWARE | |
|---|---|---|
| Name (under which you were convicted): JIMMIE LEWIS | | Docket or Case No.: 0305016966 |
| Place of Confinement: J.T VCC | | Prisoner No.: 506622 |
| Petitioner (include the name under which you were convicted) JIMMIE LEWIS | v. | Respondent (authorized person having custody of petitioner) WARDEN PHELPS |
| The Attorney General of the State of DELAWARE | | |

FILED

JUL 18 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging: _____
    SUPERIOR COURT, 500 N. KING ST
    WILMINGTON DELAWARE 19801
    (b) Criminal docket or case number (if you know): 0305016966

2.  (a) Date of the judgment of conviction (if you know): OCT 23,03
    (b) Date of sentencing: FEB 11, 05

3.  Length of sentence: 8 YRS

4.  In this case, were you convicted on more than one count or of more than one crime? Yes ☑ No ☐

5.  Identify all crimes of which you were convicted and sentenced in this case: _____
    CARJACKING 2ND : 5 YRS
    THEFT $1000 OR MORE : 2 YRS
    RESISTING ARREST : 1 YR.

6.  (a) What was your plea? (Check one)
    (1)   Not guilty ☑            (3)   Nolo contendere (no contest) ☐
    (2)   Guilty ☐               (4)   Insanity plea ☐
    (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or
    charge, what did you plead guilty to and what did you plead not guilty to?_____
    DOESNT APPLY

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

    Jury ☑      Judge only ❑

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    Yes ☑  No ❑

8. Did you appeal from the judgment of conviction?

    Yes ☑  No ❑

9. If you did appeal, answer the following:

    (a) Name of court: _____ SUPREME COURT

    (b) Docket or case number (if you know): ____ 64, 2005 ____

    (c) Result: _____ AFFIRMED

    (d) Date of result (if you know): _____ SEPT 29, 05 _____

    (e) Citation to the case (if you know): _____

    (f) Grounds raised: _____

                INEFFECTIVE ASSISTANCE OF COUNSEL

                DUE PROCESS — COMPETENCY

                PROSECUTORS MISCONDUCT

                ABUSE OF DISCRETION

_____

    (g) Did you seek further review by a higher state court?  Yes ❑  No ☑

    If yes, answer the following:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Result: _____

_____

    (4) Date of result (if you know): _____

    (5) Citation to the case (if you know): _____

    (6) Grounds raised: _____

_____

_____

_____

    (h) Did you file a petition for certiorari in the United States Supreme Court?  Yes ❑  No ☑

    If yes, answer the following:

    (1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions,

applications, or motions concerning this judgment of conviction in any state court?

Yes ☑ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _____ SUPERIOR COURT

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: ___ POSTCONVICTION #A 1, MANDMB

(5) Grounds raised: _____

_____ MISCARRIAGE OF JUSTICE

_____ ABUSE OF DISCRETION

_____ INEFFECTIVE ASSISTANCE OF COUNSEL

_____ DUE PROCESS

_____ PROSECUTOR MISCONDUCT

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or

motion?    Yes ☐ No ☑

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____ SUPERIOR COURT

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____ POSTCONVICTION # 2

(5) Grounds raised: _____

_____ MISCARRIAGE OF JUSTICE

_____ ABUSE OF DISCRETION

_____ INEFFECTIVE ASSISTANCE OF COUNSEL

_____ DUE PROCESS

PROSECUTOR MISCONDUCT

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?       Yes ☐    No ☑

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

   (1) Name of court: ~~XXXXXXXXXXXXXX~~  SUPERIOR COURT

   (2) Docket or case number (if you know): _____

   (3) Date of filing (if you know): _____

   (4) Nature of the proceeding:  POST CONVICTION # 3

   (5) Grounds raised: _____

MISCARRIAGE OF JUSTICE

ABUSE OF DISCRETION

INEFFECTIVE ASSISTANCE OF COUNSEL

DUE PROCESS

PROSECUTOR MISCONDUCT.

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?       Yes ☐    No ☑

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

   (1) First petition:       Yes ☑    No ☐

   (2) Second petition:    Yes ☑    No ☐

   (3) Third petition:      Yes ☑    No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: _____ *MISCARRIAGE OF JUSTICE*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

SUPERIOR COURT AND SUPREME COURT UTILIZED COMPETENCY EVALUATION TO AFFIRM CONTENTION OF INCOMPETENCY, WHEN SAID EVALUATION ISNT A RETRO ACTIVE REVIEW DUE TO COUNSELOR MOTION FAILURE TO STATE THE GROUNS IN HIS MOTION TO EVAL THAT WAS AFFIRMED.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐    No ☑

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____
WAS UNAWARE OF THE MISCARRIAGE

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?        Yes ☑    No ☐

(2) If your answer to Question (d)(1) is "Yes," state:
Type of motion or petition: _____ POSTCONVICTION

Name and location of the court where the motion or petition was filed: SUPERIOR COURT
500 N. KING ST, WILMINGTON DE 19801

Docket or case number (if you know): _____

Date of the court's decision: ____3 / 19 / 08_____

Result (attach a copy of the court's opinion or order, if available): _____ _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ☐   No ☑

(4) Did you appeal from the denial of your motion or petition?

    Yes ☑   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☑   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ___SUPREME COURT___

___PO BOX 476, DOVER DE 19903_____

Docket or case number (if you know): _____161, 2008_____

Date of the court's decision: ___JULY 14, 08_____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

**GROUND TWO:** ___ABUSE OF DISCRETION_____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

    THE OBVIOUS ~~PROVISIONING~~ MISCARRIAGE

OF JUSTICE WAS ~~THEN~~ DEEMED TIME

BARRED AND REPETITIVE.

_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____
_____
_____

(c) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

       Yes ☑   No ☐

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____
_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

       Yes ☑   No ☐

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____ POSTCONVICTION _____

Name and location of the court where the motion or petition was filed: _____ SUPERIOR COURT
500 N. KING ST, WILMINGTON DE 19801 _____

Docket or case number (if you know): _____ ~~00000000000~~ _____

Date of the court's decision: _____ ~~00000~~ 3/19/08 _____

Result (attach a copy of the court's opinion or order, if available): _____

_____
_____

    (3) Did you receive a hearing on your motion or petition?

       Yes ☐   No ☑

    (4) Did you appeal from the denial of your motion or petition?

       Yes ☑   No ☐

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

       Yes ☑   No ☐

    (6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ SUPREME COURT
P.O BOX, DOVER, DE 19903 _____

Page 9

Docket or case number (if you know): _____ *161, 2008* _____

Date of the court's decision: _____ *July 14, 08* _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

**GROUND THREE:** _____ *INEFFECTIVE ASSISTANCE OF COUNSEL*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*THE MATTER OF COMPETENCY WAS AT*
*QUESTION DURING TRIAL, BUT DEFENSE*
*COUNSELOR FAILED TO STATE SUCH AS GROUNDS*
*TO SUPPORT HIS MOTION TO HAVE DEFENDANT EVALUATED*
*FOR COMPETENCY.*

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑ No ❏

(2) If you did not raise this issue in your direct appeal, explain why: _____

Page 10

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?          Yes ☑   No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____ POSTCONVICTION

Name and location of the court where the motion or petition was filed: SUPERIOR COURT 500 N. KING ST, WILMINGTON DE 19801

Docket or case number (if you know): _____

Date of the court's decision: _____ 3/19/08 _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

   Yes ☐   No ☑

(4) Did you appeal from the denial of your motion or petition?

   Yes ☑   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☐   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: SUPREME COURT P.O BOX 476, DOVER, DE 19903

Docket or case number (if you know): 161, 2008

Date of the court's decision: _____ JULY 14, 08 _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _Due Process_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_SUPERIOR COURT FAILED TO DECLARE A MISTRIAL DUE TO INCOMPETENCY THAT AROSE AT THE TIME OF TRIAL, THEREFORE SUPERIOR COURT LACKS THE JURISDICTION TO SENTENCE AND INCARCERATE, SENTENCING ORDER IS NOT SIGNED._

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☑  No ☐

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?    Yes ☑  No ☐

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____ POST CONVICTION

    Name and location of the court where the motion or petition was filed: ~~SUPERIOR COURT~~
    _SUPERIOR COURT, 500 N. KING ST, WILMINGTON DE 19801_

    Docket or case number (if you know): _____

    Date of the court's decision: _____ 3/19/08

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (3) Did you receive a hearing on your motion or petition?

        Yes ☐  No ☑

    (4) Did you appeal from the denial of your motion or petition?

        Yes ☑  No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑  No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _SUPREME COURT_
_P O BOX 476 , DOVER DE 19903_

Docket or case number (if you know): _161, 2008_

Date of the court's decision: _JULY 14, 08_

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?     Yes ☑  No ❑

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____

_____

_____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?     Yes ❑  No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    Yes ☑   No ❑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

NO CERTIFIED JURY VERTICT, NO CERTIFIED COMPETENCY HEARING, ABUSE OF DISCRETION,

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____ D/K _____

(b) At arraignment and plea: _____ JOHN S. EDINGER JR ESQ

(c) At trial: _____ JOHN S. EDINGER JR, ESQ

(d) At sentencing: _____ JOHN S. EDINGER JR, ESQ

(e) On appeal: _____ PRO-SE _____

(f) In any post-conviction proceeding: _____ PRO-SE _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____
_____ PRO-SE _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ❑   No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    Yes ❑    No ❑

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* _____

_____ D / A _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Page 15

Therefore, petitioner asks that the Court grant the following relief: _*CONVICTIONS*_ _*REVERSED AND RELEASE FROM CUSTODY, AND OR REVERSE AND REMAND FOR RETRIAL.*_

or any other relief to which petitioner may be entitled.

_Jimmie Lewis_

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _7/16/08_ (month, date, year).

Executed (signed) on _7/16/08_ (date).

_Jimmie Lewis_

Signature of Petitioner

---

*(...continued)

   (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

   (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

   (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

   (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

_____
_____

IN FORMA PAUPERIS DECLARATION

*UNITED STATES DISTRICT COURT*

[Insert appropriate court]

\* \* \* \* \*

IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | § | |
| | § | |
| Defendant Below- | § | No. 161, 2008 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for New Castle County |
| | § | Cr. ID 0305016966 |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: April 28, 2008
Decided: July 14, 2008

Before **STEELE**, Chief Justice, **HOLLAND**, and **RIDGELY**, Justices.

## O R D E R

This 14th day of July 2008, after careful consideration of appellant's opening

brief and the State's motion to affirm, we find it manifest that the judgment below

should be affirmed on the basis of the Superior Court's well-reasoned decision

dated March 19, 2008. The Superior Court did not err in concluding that

appellant's third postconviction motion was time-barred and the claims were either

repetitive or previously adjudicated and that appellant had failed to overcome these

procedural hurdles.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court is AFFIRMED.

BY THE COURT:

Chief Justice

DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977





CLERK OF THE COURT
U. S DISTRICT COURT
844 - N. KING ST, LOCK BOX 18
WILMINGTON, DELAWARE 19801