IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIMMIE LEWIS

v.                              CA NO. 08-447(GMS)

PERRY PHELPS

MOTION TO CONSOLIDATE
AND OR TO JOIN CLAIMS
OF REMEDIES, OF THE TWO
HABEAS CORPUS PETITIONS
FILED IN THIS HONORABLE COURT
PURSUANT TO FED. R. CIV P #(6) 18 + 42

DATE: 8/22/08

JIMMIE LEWIS
Jimmie Lewis
SBI# 506622
J.T.V.C.C
1181 PADDOCK RD
SMYRNA, DE 19977


FILED
AUG 25 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

P.1)

1.) THE PETITIONER SEEKS RELIEF VIA FEDERAL HABEAS CORPUS PETITION.

2.) THE PETITIONER HAS FILED TWO SEPERATE FEDERAL HABEAS CORPUS PETITIONS, ONE IN JULY OF 2008 AND ANOTHER AUG OF 2008.

3.) THE PETITIONER HAS FILED THE SECOND FEDERAL HABEAS CORPUS PETITION PRIOR TO RECEIVING NOTICE FROM THIS HONORABLE COURT REGARDING, (AEDPA), 28 U.S.C §2244 ORDER DATED AUG 18, 08.

4.) THE PETITIONER HAS FILED SAID PETITIONS AFTER ONE YEAR OF HIS CONVICTION BEING ~~AMENDMENT~~ AFFIRMED, BUT SEEKS RELIEF REGARDLESS DUE TO HIS CONVICTION BEING OBTAIN IN VIOLATION OF HIS 6TH, AND 14TH U.S.CA RIGHTS, AS WELL AS IN VIOLATION OF WELL ESTABLISHED SUBSTANTIVE AND PROCEDURAL DUE PROCESS LAWS AND OR RULES, MISCARRIAGE OF JUSTICE.

5.) THE STATE HAS SOUGHT, UTILIZED AND OBTAINED UNFAIR TACTICAL ADVANTAGE FOR WHICH AS RESULTED IN SEVERAL MISCARRIAGE(S) OF JUSTICE.

SEE; U.S V. BASROON, 38 FED APPX 772, 2002, WL 1118029, 2002.

P.2)

6.) THE PETITIONER SOUGHT TO OBTAIN CITATION(S) TO SUBMIT AS EXHIBITS FROM THE NEW CASTLE CO. SUPERIOR COURT, BUT TO NO AVAIL.

7.) THE PETITIONER HEREBY REQUEST FOR AN ORDER TO BE ISSUED TO THE NEW CASTLE CO. CLERK OF THE PROTHONOTARY'S OFFICE FOR ANY AND ALL RELAVANT RECORDS NEEDED TO MAKE A FULL AND FAIR RULING UPON THE CONTENTIONS THE PETITIONER HAS SUBMITTED VIA APPEAL IN THE NEW CASTLE COUNTY SUPERIOR AND SUPREME COURTS.

8.) THE PETITIONER SEEKS THIS HONORABLE COURT TO REVIEW THE LOWER COURTS DECISIONS OF HIS DIRECT APPEAL, 1ST, 3RD AND 4TH POSTCONVICTIONS, AS WELL AS HIS (3) STATE HABEAS CORPUS PETITIONS, VIA FEDERAL HABEAS CORPUS, AND GIVES REASON FOR THIS MOTION TO CONSOLIDATE AND OR JOIN CLAIMS OF REMEDY SOUGHT HEREIN.

Jimmie Lewis
SBI# 506622
J.T.V.C.C.
SHU 17, CU3
181 Paddock Rd
Smyrna, DE 19977

Office of the Clerk (GMS)
United States District Court
844 N. King St., Lock Box 18
Wilmington, Delaware 19801