IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-447-GMS |
| | ) | |
| PERRY PHELPS, Warden, | ) | |
| and ATTORNEY GENERAL | ) | |
| OF THE STATE OF | ) | |
| DELAWARE, | ) | |
| | ) | |
| Respondents. | ) | |

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-532-GMS |
| | ) | |
| PERRY PHELPS, Warden, | ) | |
| and ATTORNEY GENERAL | ) | |
| OF THE STATE OF | ) | |
| DELAWARE, | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

1. Petitioner Jimmie Lewis' motion to consolidate Civil Action Nos. 08-447-GMS and 08-532-GMS is **GRANTED**, (D.I. 6 in Civ. A. 08-447-GMS), and the cases are **CONSOLIDATED** for all purposes. See Fed. R. Civ. P. 42(a). Civil Action No. 08-532-GMS is consolidated with Civil Action No. 08-447-GMS, which is designated as the lead case. Therefore, the petition (D.I. 2) filed in Civil Action No. 08-447-GMS, and the petition (D.I. 2)

filed in Civil Action No. 08-532-GMS, together will stand as the petition in this Consolidated Action.

    2.    The caption of the Consolidated Action is as follows:

| | | |
|---|---|---|
| JIMMIE LEWIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | **CONSOLIDATED** |
| v. | ) | Civil Action No. 08-447-GMS |
| | ) | Civil Action No. 08-532-GMS |
| | ) | |
| PERRY PHELPS, Warden, | ) | |
| and ATTORNEY GENERAL | ) | |
| OF THE STATE OF | ) | |
| DELAWARE, | ) | |
| | ) | |
| Respondents. | ) | |

    3.    All subsequent pleadings shall be filed in the lead case, Civil Action No. 08-447-GMS. The clerk shall close Civil Action No. 08-532-GMS.

September 3, 2008
DATE

_____
CHIEF, UNITED STATES DISTRICT JUDGE



FILED

SEP - 3 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE